**FILED**

JUL 08 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-3787

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENERAL MANAGER
was received by me on *(date)* 6/28/13 .

☒ I personally served the summons on the individual at *(place)* SHERATON UNIVERSITY CITY
TOLD TO COME BACK LATE AFTERNOON on *(date)* 7/8/13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 25.00 for travel and $ _____ for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 7/8/13

Joseph DiGenova
*Server's signature*

JOSEPH DiGENOVA - SHOP STEWARD
*Printed name and title* PRO SE

827 S 49TH ST PHILA PA 19143
*Server's address*

**FILED**

JUL 08 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   13-3787

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __STADIUM HOLIDAY INN__
was received by me on *(date)* __6/28/13__ .

☐ I personally served the summons on the individual at *(place)* __STADIUM HOLIDAY INN REFUSED TO ACCEPT__ on *(date)* __7/3/13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because __TOSU G/M REFUSED TO ACCEPT__ ; or

☐ Other *(specify):* __SENT CERTIFIED MAIL__

My fees are $ __25__ for travel and $ _____ for services, for a total of $ __25.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/3/13__

___Joseph DiGenova___
Server's signature

__JOSEPH D'GENOVA - SHOP STEWARD__
Printed name and title   __PRO SE__

__827 S 49TH ST PHILA PA 19143__
Server's address

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19148

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $3.10 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | JUL -3 2013 |
| Total Postage & Fees | $ $11.25 | 07/03/2013 |

Sent To: HOLIDAY INN STADIUM
Street, Apt. No.; or PO Box No.: 900 PACKER AVE
City, State, ZIP+4: PHILA PA 19148

PS Form 3800, August 2006 — See Reverse for Instructions

7013 0600 0002 1744 2329

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19104

| | | |
|---|---|---|
| Postage | $ $5.60 | 0104 |
| Certified Fee | $3.10 | 18 |
| Return Receipt Fee (Endorsement Required) | $2.55 | JUL -8 2013 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.25 | 07/08/2013 USPS |

Sent To: SHERATON UNIVERSITY CITY
Street, Apt. No.; or PO Box No.: 36TH & CHESTNUT STREETS
City, State, ZIP+4: PHILA PA 19104

PS Form 3800, August 2006 — See Reverse for Instructions

7013 0600 0002 1744 8418